# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TONI DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV277 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COUNTY OF DAKOTA, NEBRASKA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte.* According to Order (Filing No. 24) the parties were to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f) twenty (20) calendar days from the date an order is filed on the defendants' motion to dismiss (Filing No. 19). The court ruled on the motion to dismiss on March 10, 2010 (Filing No. 30). As of this date, a Rule 26(f) report has not been filed.

**IT IS ORDERED:**

The parties shall meet and confer and report to the court pursuant to Fed. R. Civ. P. 26 **on or before April 21, 2010.**

DATED this 7th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge