IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TONI DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV277 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COUNTY OF DAKOTA, NEBRASKA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel for the parties. Brian E. Buckmeier and Dewey P. Sloan, Jr. represented the plaintiff and Brandy Johnson, Robert S. Keith, and Charles W. Campbell represented the defendants. During the telephone conference the court heard the parties regarding the plaintiff's motions for extension of time (Filing Nos. 58, 61, and 63). The plaintiff seeks leave to conduct certain discovery prior to filing any response to the motions for summary judgment. The defendants oppose the extension of time. After a discussion with the parties about the relevance of outstanding discovery, the plaintiff's motions will be denied. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motions for extension of time (Filing Nos. 58, 61, and 63) are denied.

2. The plaintiff shall have to **on or before November 29, 2010**, to file responses to the defendants' motions for summary judgment (Filing Nos. 49, 52, and 55).

DATED this 17th day of November, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge